■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUSSELL JENKINS, Appellant. [617 NYS2d 310] —Judgment, Supreme Court, New York County (Clifford Scott, J.), rendered May 28, 1992, convicting defendant, upon his plea of guilty, of robbery in the second degree, and sentencing him, as a second

felony offender, to a term of 4 to 8 years, unanimously affirmed.

The officer had probable cause to arrest defendant, who matched the "specified details" of the description of the suspect, including a scar on the right side of his face, that had been provided by the victim and two eyewitnesses shortly after the incident *(see, People v Batista,* 197 AD2d 456, *lv denied* 82 NY2d 891).

*Miranda* warnings were not required when the officer asked defendant whether he had anything on his person that might cut the officer when he conducted a pat-down of defendant, since the question posed was not an interrogation aimed at eliciting an incriminating statement *(see, People v Herring,* 179 AD2d 549, *lv denied* 79 NY2d 948), but rather was to ensure the officer's safety *(People v Ingram,* 177 AD2d 650, 651, *lv denied* 79 NY2d 858).

We have considered defendant's remaining contentions and find them to be without merit. Concur—Wallach, J. P., Asch, Rubin and Williams, JJ.